# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | |
| THOMPSON DENSMORE ST. PIERRE | Case Numbers: CR 10-70-GF-BMM-01; CR 11-57-GF-BMM-01; CR 12-03-GF-BMM-01; CR 18-36-GF-BMM-01 |
| | USM Number: 10382-046 |
| | Hank Branom |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | | | |
|---|---|---|---|
| ☒ | admitted guilt to violation of condition(s) | (as listed below) | of the term of supervision. |
| ☐ | was found in violation of condition(s) | | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Mandatory condition) | Possession of controlled substance | 06/25/2019 |
| 2 (Mandatory condition) | Use of controlled substance | 07/09/2019 |
| 3 (Special condition) | Use of alcohol | 07/09/2019 |
| 5 (Mandatory condition) | New crime | 07/24/2019 |
| 6 (Mandatory condition) | Use of controlled substance | 07/25/2019 |

The defendant is sentenced as provided in pages 2 through *3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

\* ☒ The Court did not adjudicate violation(s) No. 4 (mandatory condition) and defendant is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 3274

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Box Elder, Montana

9/3/2020
Date of Imposition of Judgment

*Signature of Judge*

Brian Morris
United States District Judge
Name and Title of Judge

9/8/2020
Date

DEFENDANT: THOMPSON DENSMORE ST. PIERRE
CASE NUMBER: CR 10-70-GF-BMM; CR 11-57-GF-BMM; CR 12-03-GF-BMM; CR 18-36-GF-BMM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

\* 24 months, to run concurrent with any state court sentence, and concurrent with the sentences imposed Cause Nos. CR-10-70-GF-BMM, CR-11-57-GF-BMM, CR-12-03-GF-BMM, and CR-18-36-GF-BMM, with no term of supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at      ☐ a.m. ☐ p.m. on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT: THOMPSON DENSMORE ST. PIERRE
CASE NUMBER: CR 10-70-GF-BMM; CR 11-57-GF-BMM; CR 12-03-GF-BMM; CR 18-36-GF-BMM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  *NONE.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

    You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.